UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT, *************@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC.<br><br>IN THE MATTER OF THE SEARCH OF WIRELESS TELEPHONE ASSIGNED TELEPHONE NUMBER (615) ***-**** BELIEVED TO BE USED BY WILLIAM ANDREW OGLES | Case No. 24-mj-4250<br>          24-mj-4276<br><br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Clerk's Office is DIRECTED to unseal this matter. The warrant and all attachments

(Doc. Nos. 1) shall remain SEALED in the Court's docket.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge