UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE SEARCH OF A
WIRELESS TELEPHONE ASSIGNED
TELEPHONE NUMBER (615) ***-****,
BELIEVED TO BE USED BY WILLIAM
ANDREW OGLES

Case No. 24-mj-4276

Magistrate Judge Alistair E. Newbern

## **ORDER**

U.S. Representative William Andrew Ogles has filed a motion to consolidate and file in excess pages. The motion is GRANTED IN PART AND DENIED IN PART.

Ogles moves to consolidate two matters in the Court's docket that reflect individual search warrants. Because separately issued warrants are not amenable to consolidation, Ogles's request to consolidate the matters is DENIED.

Ogles's request to exceed the 25-page limit for legal memoranda set by the Court's Local Rule 7.01(a)(2) is GRANTED for purposes of this motion only. The Court does not find as a general matter that using a larger font to "enhance . . . readability" constitutes good cause to exceed the prescribed page limit.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge