UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**ORDER:** The motion is **GRANTED**.

*/s/ Alistair Newbern/*
Alistair E. Newbern
U.S. Magistrate Judge

| | | |
|---|---|---|
| IN RE: A WIRELESS TELEPHONE | ) | |
| ASSIGNED TELEPHONE NUMBER | ) | No: 3:24-mj-04276 |
| (615) 430-****, BELIEVED TO BE USED | ) | |
| BY WILLIAM ANDREW OGLES | ) | JUDGE NEWBERN |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney for the Middle District of Tennessee, and moves this Court to withdraw Assistant United States Attorneys Robert S. Levine and J. Christopher Suedekum as prosecutors and counsel of record on this matter. For cause, undersigned counsel would submit that Mr. John P. Taddei with the Public Integrity Section of the United States Department of Justice is already counsel of record in this case, that he will take over as lead prosecutor, and will represent the United States in the pending matter before the Court.

                              Respectfully submitted,

By:    *s/ Robert McGuire*
          ROBERT McGUIRE
          Acting United States Attorney
          719 Church Street, Suite 3300
          Nashville, Tennessee 37203
          Telephone: 615-736-5151